# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| SONNY L. HARMON, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. CIV-08-202-JHP |
| JIMMY KEITH, *et. al.*, | ) |
| Defendants. | ) |

## JUDGMENT

This matter came before the Court on the Defendants' (Jimmy Keith, James Alexander, and William Boyd) Motion for Summary Judgment (Doc. 55). The Court duly considered the issues and rendered a decision thereon.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered for Defendants Jimmy Keith, James Alexander, and William Boyd and against Plaintiff Sonny L. Harmon.

It is so ordered on this  11th  day of January, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma